UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LUIS FERNANDO MALDONADO ALONSO, | ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )    No. 2:26-cv-00133-JRO-MG <br> ) |
| BRISON SWEARINGEN as Clay County, IN Sheriff and Warden, Clay County Jail, *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) |

### Order to Show Cause

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The Respondents are **notified** of the filing of the petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the Petition, and exhibit shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process **by mail** to the Clay/Clark/Marion County Respondents. Process will consist of the Petition (dkt. 1), exhibit, and this Order.

3. The Respondents will have **through March 5, 2026**, to answer the allegations of the Petition and **show cause** why the relief sought by the Petitioner should not be granted. The Petitioner will have **four days after service of the answer** to reply.

1

4. Any answer(s) to the Petition and any reply to any answer(s) shall include a discussion of whether there is a concrete and actual threat of "Respondents … transferring Petitioner from the jurisdiction of the Chicago Field Office of the Immigration & Customs Enforcement ("ICE") Office of Enforcement and Removal Operations ("ERO") and this District" before the Petition is resolved such that Petitioner's request to "[e]njoin Respondents from transferring the Petitioner outside the jurisdiction of the Southern District of Indiana pending the resolution of this case," dkt. 1 at 7, 24, is ripe for adjudication.

**IT IS SO ORDERED.**

Date: 2/26/2026

_____
Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

Kristen Elizabeth Coffey
Sverdloff Law Group PC
kristen@sverdlofflaw.com

Sheriff Brison Swearingen
Clay County Jail
611 E. Jackson St.
Brazil, IN 47834

Courtesy copies (by electronic mail):

    Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)

    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)